IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BILLY JOE GAFFORD,**
 Plaintiff,

v.          CASE NO.: 3:05cv413/LAC/MD

**STEVE WEYER, et al.,**
 Defendants.
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 18, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address, and failure to prosecute this action.

DONE AND ORDERED this 19th day of June, 2006.

             *s/L.A. Collier*
             **LACEY A. COLLIER**
             **SENIOR UNITED STATES DISTRICT JUDGE**